IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY J. OLIVER, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-34 (MTT) |
| | * |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*, | * |
| Defendants. | * |

## __J U D G M E N T__

Pursuant to this Court's Order dated August 7, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of August 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk